**United States District Court**
For the Northern District of California

1
2
3
4
5
6                      IN THE UNITED STATES DISTRICT COURT
7
8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   MICHAEL THOMAS, SR.,                    No. C 11-3044 WHA (PR)

10          Plaintiff,                      **ORDER OF TRANSFER**

11      v.

12  MERCY HOSPITAL OF                       (Docket No. 5)
    BAKERSFIELD; CALIFORNIA
13  DEPARTMENT OF CORRECTIONS
    AND REHABILITATION;
14  CORRECTIONAL OFFICERS AT
    PLEASANT VALLEY STATE
15  PRISON,

16          Defendant.
                                    /
17

18          This is a civil rights case brought pro se by a state prisoner incarcerated at Pleasant

19  Valley State Prison ("PVSP") in Coalinga, California.  The events that give rise to plaintiff's

20  claims are alleged to have taken place at PVSP, and the defendants are located at PVSP, in

21  Bakersfield, and in Sacramento, all of which are within the venue of the Eastern District of

22  California.  Venue for this case is therefore proper in the Eastern District.  *See* 28 U.S.C. 1391.

23  Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern

24  District of California.  *See* 28 U.S.C. 1404(a), 1406(a).

25          The clerk shall transfer this matter forthwith.

26          **IT IS SO ORDERED.**

27
    Dated: July 7, 2011.
28                                          _____
                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.11\THOMAS3044.TRN.wpd